# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 64 MM 2022

Respondent    :

v.    :

DONALD ANTHONY BURKHART JR.,    :

Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of October, 2022, the "Petition/Motion Seeking Court Appointed Said Counsel" and the "Application for Leave to File, Oversized Brief/Application for Allowance of Appeal, to Exceed Word/Page Count Limits" are DENIED. Petitioner is allotted 15 days in which to file a compliant Petition for Allowance of Appeal.